AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Starkisha Benson<br><br>*Defendant(s)* | ) ) ) ) ) )<br>Case No. 4-13-70625 MAG |

**FILED**
JUN - 3 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 28, 2011__ in the county of __Contra Costa__ in the __Northern__ District of __California__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1029 - Access Device Fraud | |

This criminal complaint is based on these facts:

As stated in the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Gray, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/3/13

_____
*Judge's signature*

City and state: Oakland, California

U.S. Magistrate Judge, Kandis A. Westmore
*Printed name and title*



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Gray, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of the Treasury, Internal Revenue Service – Criminal Investigation (IRS-CI), and have been so employed since July 2009. I am currently assigned to the Oakland Field Office. As an Internal Revenue Service (hereafter IRS) Special Agent, my duties include the investigation of criminal violations of the Internal Revenue Code (Title 26, United States Code), Money Laundering Statutes (Title 18, United States Code), Bank Secrecy Statutes (Title 31, United States Code), and other related offenses, including effecting fraudulent transactions with access device (Title 18 U.S.C. § 1029(a)(5)).

2. My professional and academic training includes approximately six months of training at the Federal Law Enforcement Training Center in Glynco, GA. This training included criminal investigative training including courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants. In addition to the criminal investigative training, I completed a Special Agent Basic Training course, which included courses in financial investigative techniques, legal principles, and statutes representing criminal violations of the United States Code as enumerated in Titles 18, 26, and 31. In addition, I received a B.S. in Accounting in 2006 and a Masters in Business Taxation in 2007.

3. I have been involved in numerous investigations of alleged violations of the Internal Revenue Code (hereafter IRC), money laundering statutes, and related offenses. I have participated in the service of search warrants and have been the affiant of several search warrants relating to fraudulent refund schemes. I have

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

also conducted surveillance and interviewed both witnesses and individuals related to fraudulent refund schemes.

4. Fraudulent tax refund schemes are a significant problem for the IRS and as a result, the IRS established the Questionable Refund Program ("QRP"), in January 1997. IRS-CI identifies and analyzes returns and return information utilizing Electronic Fraud Detection System ("EFDS").

5. The Electronic Fraud Detection System (EFDS) is a computer system located in the Scheme Development Center (hereafter SDC) at each of the ten IRS service centers. The EFDS automates the computer identification output for potentially fraudulent Electronic Filed (ELF) tax returns, increases data available for analysis, and assists in the development of information relating to paper and ELF tax return schemes.

6. The majority of schemes are identified because the tax returns relating to a scheme contain common characteristics such as similar handwriting or type face, common physical addresses and/or common post office boxes, common income sources, common wage and withholding amounts, false or fraudulent Forms W-2, 1099s and/or an abuse of a Social Security number ("SSN").

7. Based on my training and experience and conversations with other Special Agents with whom I work I am aware that the filings of questionable claims for tax refunds are also associated with the crime of access device fraud. Recently, many of the fraudulent returns filed with the IRS request refunds through direct deposit. There are a variety of companies, such as Green Dot and NetSpend that provide prepaid debit cards to individuals as an alternative to traditional bank accounts. Based on my experiences and the experiences of other Special Agents with whom I work, I am aware that many fraudulent refunds are being deposited

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

on prepaid debit card accounts listed on the fraudulent tax returns. The prepaid debit cards are often mailed to different addresses than the address listed on the fraudulent returns, which allows the perpetrators of the refund schemes the opportunity to receive multiples fraudulent refunds at one address.

8. I base this affidavit on my own investigation and the review of records provided to me by financial institutions, internet service provider companies and other records obtained throughout this investigation. I have reviewed various tax records maintained by the IRS and conducted IRS agency and public database records searches. I have not included every fact known to me, rather, only those facts necessary to establish probable cause.

9. I make this affidavit in support of a criminal complaint. The information below establishes probable cause to believe that:

   a. On or about July 28, 2011, STARKISHA BENSON (hereinafter BENSON), did knowingly and with intent to defraud effect and attempt to effect transactions, that affected interstate commerce, with one or more access devices issued to another person or persons, to receive payment and any other thing of value during any one-year period, the aggregate value was at least $1,000, namely a prepaid Green Dot bank card issued in the name of the individual with the initials S.H. in violation of Title 18 U.S.C. § 1029(a)(5).

//
//
//
//

Affidavit of IRS-CI
Special Agent Adam Gray

Page 3 of 8

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### Violation

10. Title 18, United States Code, Section 1029(a)(5) reads in pertinent part: Fraud and related activity in connection with access devices – Whoever knowingly and with intent to defraud effects transactions, with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1-year period the aggregate value of which is equal to or greater than $1,000, shall be subject to a fine under this title or imprisonment for not more than 15 years or both.

### Background of the Investigation

11. On July 15, 2011, IRS-CI agents executed a search warrant in the Northern District of California related to a potential fraudulent income tax refund scheme. After the search was conducted, the SDC identified additional false tax returns filed using information contained in the evidence seized from the search warrant location. Of the additional fraudulent tax returns identified by the SDC, several returns were filed from the same IP address, 98.207.82.128.

### IP Address 98.207.82.128

12. When a computer connects to the Internet, either via a local Internet service provider (AOL, AT&T, Comcast, etc.), or an office LAN connection, the computer is assigned a specific Internet Protocol (IP) address. This address identifies the account used to access the Internet from every other account used to connect to the Internet. The IP address can be either static, meaning it is unchanging, or dynamic, meaning a new address is created for each log-in when the computer connects to the internet.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

13. Whenever an income tax return is filed with the IRS electronically, it is assigned an IP address. The IRS captures the IP addresses when income tax returns are electronically filed.

14. The false tax returns identified by the SDC filed from IP address 98.207.82.128 were all filed on April 18, 2011. These returns were determined to be fraudulent income tax returns by the SDC because they all claimed false wages and withholding amounts using fraudulent Forms W-2.

15. Information was obtained from Comcast Cable regarding the IP address 98.207.82.128. The service address of the account was listed as 2201 Sycamore Drive, Apt 68, Antioch, CA 94509. The service to the account was started on February 18, 2011, and was disconnected on November 9, 2011.

16. On November 15, 2011 I spoke with the manager for the apartment complex containing 2201 Sycamore Drive, Apt 68, Antioch, CA 94509. The manager confirmed that Apartment 68 was leased to a BENSON at that time and had been leased to BENSON since November 8, 2010.

### Prepaid Debit Card in the Name of the Individual with the Initials S.H.

17. In reviewing all the false income tax returns filed from IP address 98.207.82.128 with a service address of 2201 Sycamore Drive, Apt 68, Antioch, CA 94509, as discussed in paragraphs 12 through 16 above, it is noted that multiple returns requested refunds be direct deposited to accounts with Columbus Bank and Trust. Columbus Bank and Trust is a financial institution that deposits funds onto prepaid debit cards provided by Green Dot Corporation. The false income tax returns that requested refunds deposited to Green Dot debit cards received false refunds via direct deposit from the IRS.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

18. Records were obtained from Green Dot Corporation regarding the false income tax returns filed from IP 98.207.82.128, which requested refunds direct deposited to Green Dot debit cards. Green Dot Corporation identified the accounts that received the fraudulent refunds and the debit cards that were mailed to 2400 Shady Willow Lane, Unit 23D, Brentwood, CA 94513.

19. Green Dot Corporation also provided records for all accounts which had debit cards mailed to 2400 Shady Willow Lane, Unit 23D, Brentwood, CA 94513. In addition to the Green Dot accounts discussed in paragraph 18 above, additional Green Dot accounts were identified with debit cards mailed to the address 2400 Shady Willow Lane, Unit 23D, Brentwood, CA 94513. One of these additional debit cards, card number XXXX-XXXX-XXXX-6543, was in the name of an individual with the initials S.H. (hereafter referred to as S.H.). Based on the information received from Green Dot, the SDC located a fraudulent income tax return filed in the name of S.H., which claimed false wages and withholding amounts on a fraudulent Form W-2 purported to be issued from Twinhill located in Houston, TX. A search of IRS records revealed that no Form W-2 was filed with the IRS related to S.H. for the 2010 tax year.

20. As a result of the filing of the false income tax return in the name of the person with the initials S.H., a fraudulent refund of $4,934 was issued. On August 19, 2011, $4,934 was electronically deposited in the account associated with Green Dot prepaid debit card XXXX-XXXX-XXXX-6543 issued in the name of S.H with the description of "DD: US TREASURY 3."

21. The occupant (hereafter referred to as J.L.) of 2400 Shady Willow Lane Unit 23D, Brentwood, CA 94513 was interviewed regarding the debit cards that were mailed to this address, including debit card XXXX-XXXX-XXXX-6543. J.L. admitted that

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

he/she provided the identifying information (name, SSN, date of birth, etc.) of multiple individuals, including S.H. to BENSON. BENSON told J.L. that each person could receive $1,000 in exchange for their identifying information as long as they were not claimed on anyone's income taxes already. BENSON further told J.L. that BENSON would be using J.L.'s address (2400 Shady Willow Lane, Unit 23D, Brentwood, CA 94513) to receive multiple debit cards via the mail. BENSON instructed J.L. to call BENSON once the debit cards arrived.

22. When debit card XXXX-XXXX-XXXX-6543 arrived, J.L. called BENSON. BENSON and J.L then went to an ATM together to withdraw cash. BENSON withdrew cash from the ATM using debit card XXXX-XXXX-XXXX-6543. After BENSON withdrew the cash from the ATM, BENSON maintained possession of debit card XXXX-XXXX-XXXX-6543.

23. I performed an analysis of the expenditures made using debit card XXXX-XXXX-XXXX-6543. Between August 22, 2011 and August 29, 2011 approximately $1,800 was withdrawn at ATMs (excluding transaction fees) and $3,112.66 was spent at locations such as Raley's, Winco Foods, and various businesses in the Brentwood, Pittsburg, and Antioch, CA area.

## CONCLUSION

24. Based on the facts discussed above, there is probable cause to believe that STARKISHA BENSON did knowingly and with intent to defraud effect and attempt to effect transactions, that affected interstate commerce, with one or more access devices issued to another person or persons, to receive payment and any other thing of value during any one-year period, the aggregate value was at least

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

$1,000, namely Green Dot prepaid debit card XXXX-XXXX-XXXX-6543 issued in the name of the individual with the initials S.H. in violation of Title 18 U.S.C. § 1029(a)(5).

*[signature]*
Adam Gray, Special Agent
Criminal Investigation
Internal Revenue Service
U.S. Department of the Treasury

Review and approved as to form:

*[signature]*

THOMAS NEWMAN
Assistant U.S. Attorney, Tax Division

Subscribed and sworn to me this

3rd day of June, 2013

*[signature]*

Honorable Kandis A. Westmore
United States Magistrate Judge
For the Northern District of California

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1029 - Access Device Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
18 U.S.C. § 1029 - 15 years prison, $250,000 fine, 3 years supervised release, $100 assessment

**DEFENDANT - U.S.**

▸ Starkisha Benson

**DISTRICT COURT NUMBER**

4-13-70625 MAG

FILED
JUN - 3 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on MELINDA HAAG
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) THOMAS NEWMAN, AUSA, Tax Division

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** ▸ Month/Day/Year

Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▸

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: July 1, 2013 @ 9:30 am

Before Judge: Kandis A. Westmore

Comments: