1   MELINDA HAAG
    United States Attorney
2   MIRANDA KANE
    Chief, Criminal Division
3   THOMAS M. NEWMAN
    Assistant United States Attorney
4        450 Golden Gate Ave., Box 36055
         San Francisco, California 94102
5        Telephone:  (415) 436-6888
         Fax: (415) 436-7234
6        E-Mail: thomas.newman2@usdoj.gov

7   Attorneys for Plaintiff

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          )      No. 4-13-70625-MAG
                                       )
13        Plaintiff,                   )
                                       )
14     v.                              )
                                       )      STIPULATION
15  STARKISHA BENSON,                  )
                                       )
16        Defendant.                   )
                                       )
17

18        The parties stipulate as follows:

19        1.      Defendant Starkisha Benson was charged with committing fraud related to access

20  devices in violation of 18 U.S.C. § 1029.

21        2.      The discovery in this matter contains, among other things, significant amounts of

22  private financial information about numerous individuals, as well as confidential tax return and

23  taxpayer return information within the meaning of Title 26, United States Code, Section 6103(b).

24  Disclosure of such tax return and taxpayer information is governed by Title 26, United States

25  Code, Section 6103(a), which mandates that returns and return information shall be confidential,

26  except as authorized by Section 6103.  Section 6103(h)(4)(D) permits disclosure to the

27  Defendants of such tax return and taxpayer information in accord with Rule 16 of the Federal

28

*Stipulation*
*Case No. 4-13-70625-MAG*

1   Rules of Criminal Procedure, but further disclosure of this tax return and taxpayer return

2   information by the Defendant and his or her attorney is restricted by Section 6103.

3          3.      The government intends to provide defense counsel with other individuals'

4   private financial information, tax return and taxpayer return information as part of this case, that

5   will likely will be disclosed to the Defendant.

6          4.      The parties agree that the discovery will be provided subject to the following

7   conditions:

8          A.      Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and 28

9   U.S.C. § 1651, unauthorized disclosure of discovery material and information contained therein

10  to nonlitigants is prohibited under the following provisions (when the term "defendant" is used,

11  said term encompasses an attorney for the defendant):

12         i.      All materials provided as discovery which were produced by the government in

13  preparation for or in connection with any stage of the proceedings in this case, including, but not

14  limited to, investigators or agency reports, grand jury transcripts, witness statements, memoranda

15  of interview, audio and video tapes, tax returns, correspondence with the Internal Revenue

16  Service, internal books and records of a witness's business, and any documents provided by the

17  government other than trial exhibits (i.e., items actually admitted during the trial and made part

18  of the records), remains the property of the United States.  All such materials and all copies

19  made thereof shall be returned to the United States Attorney's Office, Tax Division unless

20  otherwise ordered by the Court or agreed upon by the parties, at the occurrence of the last of the

21  following:

22         –       the completion of all appeals, habeas corpus proceedings, clemency or pardon

23                 proceedings, or other post-conviction proceedings;

24         –       the conclusion of the sentencing hearing; or

25         –       the earlier resolution of charges against the defendant.

26         B.      Such materials provided by the United States may be utilized by the defendant

27  solely in connection with the defense of this case and for no other purpose and in connection

28  with no other proceeding.

*Stipulation*
*Case No. 4-13-70625-MAG*                    -2-

1    C.    Upon written request to the United States, by the Defendant, at or before the time

2  of such return, all specified materials returned shall be segregated and preserved by the United

3  States in connection with any further proceedings related to this case, which are specified in such

4  request until such proceedings are concluded.

5    D.    Such materials and their contents, and any notes or other record of such materials

6  or their contents, shall not be disclosed either directly or indirectly to any person or entity other

7  than the Defendant, persons employed to assist in the defense or prosecution of this matter, or

8  such other persons as to whom the Court may expressly authorize disclosure upon proper

9  motion.

10    E.    Such materials shall not be copied or reproduced except as necessary to provide

11  copies of the material for use by an authorized person as described above to prepare and assist in

12  the defense or prosecution of this matter, and all such copies and reproductions shall be treated

13  in the same manner as the original matter.  Certain documents include information private to the

14  government's witnesses and are made available to the Defendant only as a result of the above

15  strict guidelines.  These documents may include, but are not limited to:

16    F.    Witnesses' tax returns and correspondence with the Internal Revenue Service

17  ("IRS");

18    i.    Grand jury statements of witnesses;

19    ii.    Witnesses' e-mail communications;

20    iii.    Statements of witnesses contained in agents' reports;

21    iv.    Witnesses' bank records and, possibly, summaries of bank records.

22    G.    Before any such disclosure to the Defendant, defendant's counsel shall personally

23  inform the Defendant of the provisions of this order and direct her not to disclose any

24  information contained in the government's discovery in violation of this order, and shall inform

25  her or him that any unauthorized disclosure may be punished as contempt of court.  Defense

26  counsel agrees to keep the discovery in his or her possession and agrees only to provide access to

27  the Defendant for review of it.

28

*Stipulation*
*Case No. 4-13-70625-MAG*                    -3-

1    H.    The Defendant shall be responsible for controlling and accounting for all such

2  material, copies, notes, and other records described above, and shall be responsible for assuring

3  full compliance by herself and any person assisting in her defense with this order. Written

4  certification of such compliance shall be made to the Court at the time discovery materials are

5  returned to the United States.

6    I.    The provisions above are not meant to limit use of information provided in

7  discovery from being used in pretrial proceedings, investigation, motions and briefs, trial and

8  other proceedings in this litigation, unless the discovery information is protected by another

9  order protecting information received from a financial institution regulatory agency.

10    WHEREFORE, in the best interests of the administration of justice and because of the

11  importance of protecting potential witnesses and others, it is requested that a protective order as

12  described above be entered in this case.

13

14  DATED: June 4, 2013                    Respectfully submitted,

15

16                                        MELINDA HAAG
                                          United States Attorney
17

18                                        ___/s/_____
                                          THOMAS M. NEWMAN
19                                        Assistant United States Attorney
                                          Tax Division
20

21

22                                        ___/s/___
                                          ERICK GUZMAN
                                          Attorney for Defendant Starkisha Benson
23

24

25

26

27

28

*Stipulation*
*Case No. 4-13-70625-MAG*          -4-

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11

12   UNITED STATES OF AMERICA,              )       No. 4-13-70625-MAG
                                            )
13          Plaintiff,                      )
                                            )
14     v.                                   )       ORDER
                                            )
15   STARKISHA BENSON,                      )
                                            )
16          Defendant.                      )
                                            )
17   _____)

18          In accordance with the parties' stipulation IT IS SO ORDERED.

19

20   DATED: June 27, 2013           _____
                                    HON. DONNA M. RYU
21                                  United States Magistrate Judge

22

23

24

25

26

27

28

*Stipulation*
*Case No. 4-13-70625-MAG*              -5-