1  LAW OFFICE OF
   ERICK L. GUZMAN
2  Cal Bar. No. 244391
3  740 4th St.
   Santa Rosa, California, 95404
4  T:(707) 595-4474\ F:(707)540-6298
   E: elg@guzmanlaw.org
5
6  Attorney for Defendant
   STARKISHA BENSON

**FILED**

MAR 2 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARKISHA BENSON,<br><br>Defendant. | CASE NO. CR 13-0560-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND PRE-TRIAL CONFERENCE**<br><br>CURRENT PRE-TRIAL CONFERENCE DATE: **MAY 12, 2014 AT 9:00 A.M.**<br>CURRENT TRIAL DATE:<br>**MAY 19, 2014 AT 9:00 A.M.**<br><br>PROPOSED PRE-TRIAL CONFERENCE DATE: **OCTOBER 20, 2014 at 9:00 A.M.** (18)<br>PROPOSED TRIAL DATE: 2:00 pm<br>**OCTOBER 27, 2014 AT 9:00 A.M.** |

 The trial in this case is currently scheduled to begin May 19, 2014, with the pre-trial conference scheduled to begin on May 12, 2014. This Court also set a discovery cut off date of April 23, 2014. However, another client represented by undersigned defense counsel invoked his right to speedy trial and received a trial date of May 7, 2014 (Case No. 12-CR-0505-MMC). The defense is therefore requesting that the trial date be rescheduled for October 27, 2014, and the pre-trial conference be rescheduled for October 20, 2014. The defense are also requesting that the

Case No. CR-13-0121-JT

discovery cut off date be rescheduled to September 15, 2014. Undersigned counsel contacted Assistant United States Attorney Thomas Newman, who also expressed no opposition to this request.

The parties further request that time between May 12, 2014 and October 20, 2014 be excluded from the speedy trial clock to allow for effective preparation of counsel.

IT IS SO STIPULATED

___03/20/14___  
DATED

___/s/___  
MELINDA HAAG  
United States Attorney  
Northern District of California  
THOMAS NEWMAN  
Assistant United States Attorney

___03/20/14___  
DATED

___/s/___  
ERICK L. GUZMAN  
Attorney for Mr. Hurtado

## ~~[PROPOSED]~~ ORDER

For good cause shown, the pre-trial conference and trial dates are vacated. The pre-trial conference is re-scheduled for October ~~20~~ 2014 at ~~9:00 A.M.~~ 2:00 pm in the Oakland Courthouse, and the trial is rescheduled for October 27, 2014 at 9:00 A.M. The discovery cutoff date is rescheduled to September 15, 2014.

IT IS FURTHER ORDERED that for the reasons stated by defense counsel, it is further ordered that time between May 12, 2014 and October 20, 2014 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), and that failure to grant the continuance of the trial date would unreasonably deny the defendant the time necessary for effective preparation of counsel and allow for continuity of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

3/25/14
DATED

HON. JOHN S. TIGAR
United States District Judge

Stip. and [Proposed] order.    3    Case No. CR-13-0121-JT